No. 845, Misc.  CHAPMAN *v.* RUSSELL, CORRECTIONAL SUPERINTENDENT.  C. A. 3d Cir.  Certiorari denied.

No. 847, Misc.  ANDREWS *v.* MURPHY.  C. A. 6th Cir.  Certiorari denied.  Petitioner *pro se. Robert E. Sullivan* for respondent.

No. 853, Misc.  LEE *v.* WILSON, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 855, Misc.  JOHNSON *v.* CALIFORNIA.  Sup. Ct. Cal.  Certiorari denied.

No. 857, Misc.  FIERRO *v.* CALIFORNIA.  Dist. Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 862, Misc.  WYNDER *v.* UNITED STATES.  C. A. D. C. Cir.  Certiorari denied. *Roland S. Homet, Jr.,* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Sidney M. Glazer* for the United States.

No. 868, Misc.  BECKER ET AL. *v.* CALIFORNIA.  App. Dept., Super. Ct. Cal., County of L. A.  Certiorari denied. *David Arthur Binder* for petitioners. *Roger Arnebergh* and *Philip E. Grey* for respondent.

No. 15, Misc.  HERR ET AL. *v.* UNITED STATES.  C. A. 7th Cir.  Motion for leave to amend petition for writ of certiorari granted.  Certiorari denied. *Daniel W. Gray* for petitioners. *Solicitor General Cox, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Marshall Tamor Golding* for the United States.